435 A.2d 910

Commonwealth v. Carthon, Appellant.

Submitted December 4, 1980.   H. Weston Tomlinson, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Order affirmed.